**Fill in this information to identify your case:**

Debtor 1: **Linda Self Ferrell**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **1st Franklin Financial**<br><br>Description of property securing debt: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2011 Honda CR-V 119,000 miles NADA: $7,350.00** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Mariner Finance, LLC**<br><br>Description of property securing debt: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

Debtor 1   **Linda Self Ferrell**                                               Case number (*if known*)

securing debt:                              **avoid lien using 11 U.S.C. § 522(f)**

| Creditor's name: | **Mariner Finance, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **Non-PMSI in Household Goods and/or Household Furnishings** | | |

| Creditor's name: | **Pioneer Credit Company** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br><br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **339 Guntown Road Rogersville, TN 37857  Hawkins County 2007 Double Wide Mobile Home and Lot**<br>**Tax Assessed Value: $18,700 land + $61,700 improvement = $80,400 total**<br>**Debtor's Opinion of Value: $75,000 or less due to age, condition and loca** | | |

| Creditor's name: | **Regional Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **Non-PMSI in Household Goods and/or Household Furnishings** | | |

| Creditor's name: | **Vanderbilt Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **339 Guntown Road Rogersville, TN 37857  Hawkins County 2007 Double Wide Mobile Home and Lot**<br>**Tax Assessed Value: $18,700 land + $61,700 improvement = $80,400 total**<br>**Debtor's Opinion of Value: $75,000 or less due to age, condition and loca** | | |

| Creditor's name: | **World Acceptance Corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **Non-PMSI in Household Goods and/or Household Furnishings** | | |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

Debtor 1  **Linda Self Ferrell**                                             Case number *(if known)*

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: **Progressive Leasing** | ☐ No  ■ Yes |
| Description of leased Property: **Furniture: Couch and Loveseat** | |

### Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Linda Self Ferrell**                              X _____
   **Linda Self Ferrell**                                    Signature of Debtor 2
   Signature of Debtor 1

   Date  **September 16, 2019**                           Date

# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Linda Self Ferrell**  
Debtor(s)

Case No.  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 16, 2019**, a copy of Debtor's Statement of Intention was served electronically to the U.S. Trustee and Chapter 7 Trustee and by United States mail, first class, postage prepaid to the following:

**1st Franklin Financial**
**Attn: Bankruptcy**
**PO Box 880**
**Toccoa, GA 30577**

**1st Franklin Financial Corp.**
**c/o Massa & Schnupp, PLLC**
**P.O. Box 1515**
**Morristown, TN 37816**

**1st Franklin Financial Corp.**
**1001 E. Stone Drive, Suite C**
**Kingsport, TN 37660**

**1st Franklin Financial Corporation**
**c/o Joseph R Cherry**
**9724 Kingston Pike**
**Suite 207**
**Knoxville, TN 37922-3389**

**Ally Financial**
**Attn: Bankruptcy Dept**
**PO Box 380901**
**Bloomington, MN 55438**

**Ally Financial Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**General Sessions Court**
**Justice Center**
**200 Shelby St., Room 266**
**Kingsport, TN 37660**

**General Sessions Court Clerk**
**115 Justice Center Dr., Suite 1237**
**Rogersville, TN 37857**

**Mariner Finance**
**1233 N Eastman Road. Suite 325**
**Kingsport, TN 37664**

**Mariner Finance, LLC**
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**

**Mariner Finance, LLC**
**c/o Corporation Service Company**
**2908 Poston Ave**
**Nashville, TN 37203-1312**

**Pioneer Credit Company**
**c/o O'Shaughnessy & Carter, PLLC**
**735 Broad Street, Suite 1000**
**Chattanooga, TN 37402**

**Pioneer Credit Company**
**c/o Corporation Service Company**

**2908 Poston Ave**
**Nashville, TN 37203-1312**

**Progressive Leasing**
**256 West Data Drive**
**Draper, UT 84020**

**Regional Finance**
**1631 E. Andrew Johnson Highway**
**Morristown, TN 37814**

**Regional Finance Corporaiton**
**of Tennessee**
**c/o C T Corporation System**
**300 Montvue Rd**
**Knoxville, TN 37919-5546**

**Vanderbilt Mortgage**
**Attn: Bankruptcy**
**PO Box 9800**
**Maryville, TN 37802**

**Vanderbilt Mortgage and Finance, Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**World Acceptance Corp**
**Attn:  Bankruptcy**
**PO Box 6429**
**Greenville, SC 29606**

**World Finance Corp.**
**4324 Hwy. 66 S**
**Suite B**
**Rogersville, TN 37857**

**World Finance Corporation of Tennessee**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**/s/ Jeremy D. Jones BPR#032527**
**Jeremy D. Jones BPR#032527**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**